| Creditor | Account Number | Address |
| --- | --- | --- |
| Spring Gulch Coal Company | | P.O. Box 628, Riverton WY 82501 |
| Lewis Holding Company, Inc. | | 1407 Kroe Lane, Sheridan, WY 82801 |
| Peabody Coal Sales, Inc. | | 701 Market Street, St. Louis, MO 63101-1826 |
| University of Wyoming | | Sept. 3227 Service Building, Laramie, WY 82071 |
| Komatsu Financial | | P.O. Box 99303, Chicago, IL 60693-9303 |
| | | |